IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Kenneth Grimes, II & | ) Bk. Case No. 05-12595BLS |
| Erika Grimes | ) |
| | |
| Debtor(s). | ) Chapter 13 |

APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

Michael B. Joseph, Esquire Chapter 13 Trustee, respectfully represents as follows:

1. The Debtor(s) has fully performed the terms and conditions of the Plan, made all required payments, and is entitled to a discharge.

2. The Trustee's accounting reflects that a refund balance remains in the Debtor's account in the amount of Three Dollars and Ninety Six Cents ($3.96). There has not been any response to mail sent to the Debtor at 38 North Independence Blvd., New Castle, DE 19720.

3. Such a Balance represents unclaimed property for which the Trustee requests permission to pay into the Court and to be disposed of under Chapter 129 of Title 28.

WHEREFORE, Michael B. Joseph, Chapter 13 Trustee, respectfully requests that the Court permit the Debtor's refund of Three Dollars and Ninety Six Cents ($3.96), be paid to the Clerk for deposit to the Treasury in accordance with Chapter 129 of 28 U.S.C..

S/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street
P.O. Box 1350
Wilmington, DE 19899-1350

February 2, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE


IN RE:

Kenneth Grimes, II                      ) Bk. Case No. 04-12951BLS

Erika Grimes                             )

                                      ) Chapter 13


## ORDER TO PAY UNCLAIMED FUNDS TO COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds in the amount of $3.96

representing a refund to the Debtor, as stated in the foregoing Motion, to the Clerk, United States

Bankruptcy Court for the District of Delaware.


                                    _____

                                    United States Bankruptcy Judge


Dated this      day of     , 2010.

<u>ATTORNEY'S CERTIFICATE OF SERVICE</u>

       I, Michael B. Joseph, Esquire, Chapter 13 Trustee, do hereby certify that on February 2, 2010 I caused a copy of the within motion to be served on the following:

**UNITED STATES MAIL, POSTAGE PAID**
Kenneth & Erika Grimes, II
38 North Independence Blvd.
New Castle, DE 19720
Debtor

Erin Brignola, Esquire
Cooper Levenson
30 Fox Hunt Drive, Unit 30
Fox Run Shoping Center
Bear, DE 19701
Attorney for Debtor

                                    <u>S/Michael B. Joseph</u>
                                      Michael B. Joseph, Trustee